# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DAVID BOY FULLER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.  2:14-cv-00110-CLS-TMP |
| | ) |
| **OFFICER BALDWIN, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on June 27, 2016, recommending that defendants' special reports be treated as motions for summary judgment, and further recommending that the motions be granted.  (Doc. 48).  Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the report of the magistrate judge, and ACCEPTS his recommendation.  Accordingly, defendants' motions for summary judgment are due to be granted.  A Final Judgment will be entered contemporaneously herewith.

DONE this 30th day of September, 2016.

_____
United States District Judge